

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00258-CV

**THIRTY-EIGHT THOUSAND FOUR HUNDRED DOLLARS ($38,400.00) UNITED STATES CURRENCY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00346
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's March 29, 2018 summary judgment order is REVERSED, and this case is REMANDED for further proceedings. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED June 26, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice